No. 25-6164

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

FORCHT BANK, NA, et al.,
                    Plaintiffs-Appellees,

v.

CONSUMER FINANCIAL PROTECTION BUREAU, et al.,
                    Defendants-Appellants,

FINANCIAL TECHONOLOGY ASSOCIATION,
                    Intervenor-Appellant.

On Appeal from the United States District Court
for the Eastern District of Kentucky

## UNOPPOSED MOTION TO CONSOLIDATE APPEALS
## AND SET JOINT BRIEFING SCHEDULE

Intervenor-Appellant the Financial Technology Association respectfully moves to consolidate this appeal with the related appeal filed by the Consumer Financial Protection Bureau, Case No. 26-5005. Appellant requests that consolidation be granted so that these cases can proceed according to a single, unified briefing schedule and be submitted to and decided by the same panel of this Court. CFPB consents to consolidation and entry of the joint briefing schedule proposed below. Plaintiffs-Appellees Forcht Bank et al. likewise consent to consolidation so long as the Court also grants the

1

expanded word limit and extension of their brief deadline specified below, which FTA and CFPB do not oppose.

Federal Rule of Appellate Procedure 3 provides that "[w]hen the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals." Fed. R. App. P. 3(b)(2). This rule was adopted to "encourage consolidation of appeals whenever feasible." *See* 1967 Advisory Committee Notes to Fed. R. App. P. 3. And this Court regularly grants consolidation in response to the parties' motions to consolidate. *See, e.g.*, *In re Nat'l Prescription Opiate Litig.*, 82 F.4th 455, 457 (6th Cir. 2023).

Here, FTA's appeal and the CFPB's appeal arise from the same underlying district court case and have been taken from the same preliminary injunction order. Consolidation of these closely related appeals would serve judicial economy and efficiency. It would allow the cases to proceed on a single briefing schedule and allow the same panel to decide both in a single decision. FTA respectfully requests, and all parties agree, that the consolidated cases proceed under the following briefing schedule:

Briefs for Appellants FTA and CFPB:  **March 19, 2026**

Brief for Appellees:  **May 20, 2026.** Appellees have requested, and Appellants do not oppose, a 20,000-word limit for their single joint brief, as well as a 30-day extension from the default briefing schedule.

Appellants' Reply Briefs:  **June 10, 2026**

## CONCLUSION

For these reasons, Intervenor-Appellant Financial Technology Association respectfully requests that the Court grant this unopposed motion, consolidate the related appeals in Case Nos. 25-6164 and 26-5005, and order that briefing in the consolidated cases proceed as set forth above.

Respectfully submitted,

/s/ Jeffrey M. Harris
Jeffrey M. Harris

Adam G. Unikowsky                         Nicholas B. Venable
JENNER & BLOCK LLP                        CONSOVOY MCCARTHY PLLC
1099 New York Avenue NW, Suite 900        1600 Wilson Blvd., Suite 700
Washington, DC 20001                      Arlington, VA 22201
(202) 639-6000                            (703) 243-9423
aunikowsky@jenner.com                     jeff@consovoymccarthy.com

*Counsel for the Financial Technology Association*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) because its body contains 357 words. It also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in proportionally spaced typeface using Garamond 14-point font in Microsoft Word.

*/s/ Jeffrey M. Harris*
Counsel for Appellant

## CERTIFICATE OF SERVICE

I e-filed this motion on February 3, 2026, which will email everyone requiring notice.

*/s/ Jeffrey M. Harris*
Counsel for Appellant