Nos. 25-6164/26-5005

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Feb 12, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| FORCHT BANK, NA; KENTUCKY BANKERS ASSOCIATION; BANK POLICY INSTITUTE, | ) ) ) ) | |
| Plaintiffs - Appellees, | ) ) | |
| v. | ) | O R D E R |
| CONSUMER FINANCIAL PROTECTION BUREAU; RUSSELL VOUGHT, Acting Director of the Consumer Financial Protection Bureau, | ) ) ) ) ) | |
| Defendants - Appellants (26-5005), | ) ) | |
| and | ) ) | |
| FINANCIAL TECHNOLOGY ASSOCIATION, | ) ) ) | |
| Intervenor - Appellant (25-6164). | ) ) | |

In these related matters, the appellants appeal a preliminary injunction that prohibits the Consumer Financial Protection Bureau from enforcing the Personal Financial Data Rights Rule. The Financial Technology Association moves to consolidate these appeals, proposing a specific briefing schedule. The motion purports to be unopposed.

Upon review, the motion to consolidate is GRANTED. The clerk will issue a single briefing schedule by separate letter adopting the dates proposed by the parties. The appellants shall file separate appellant briefs, and the appellees shall file a single brief not to exceed 20,000 words. Thereafter, the appellants may file separate reply briefs.

Parties may adopt arguments by reference within the brief or by filing a notification, without the need for a separate motion.  Fed. R. App. P. 28(i).

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk